No. 84–871. LOUISIANA PUBLIC SERVICE COMMISSION *v.* FEDERAL COMMUNICATIONS COMMISSION ET AL. Appeal from C. A. 4th Cir.;

No. 84–889. CALIFORNIA ET AL. *v.* FEDERAL COMMUNICATIONS COMMISSION ET AL. C. A. 4th Cir.;

No. 84–1054. PUBLIC UTILITIES COMMISSION OF OHIO ET AL. *v.* FEDERAL COMMUNICATIONS COMMISSION ET AL. C. A. 4th Cir.; and

No. 84–1069. FLORIDA PUBLIC SERVICE COMMISSION *v.* FEDERAL COMMUNICATIONS COMMISSION ET AL. C. A. 4th Cir. Further consideration of question of jurisdiction postponed to hearing of case on the merits in No. 84–871. Certiorari granted in Nos. 84–889, 84–1054, and 84–1069. Cases consolidated and a total of one hour allotted for oral argument. Cases set for oral argument in tandem with No. 84–1362, *Public Service Commission of Maryland* v. *Chesapeake & Potomac Telephone Company of Maryland, infra.* JUSTICE POWELL and JUSTICE O'CONNOR took no part in the consideration or decision of this order.